**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**THE UNITED STATES OF AMERICA**

    vs.                                              **Case No.: 99CR00252-001(JAF)**

**MANUEL A  JIMENEZ-CORDERO**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

**MOTION IN RESPONSE TO COURT
ORDER ISSUED ON MAY 24, 2006**

**TO THE HONORABLE JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

    **COMES NOW, JOSE A. SOTO, SUPERVISING U.S. PROBATION OFFICER** of this Honorable Court, and respectfully submits as follows:

    1.  That pursuant to Court Order dated May 24, 2006, a supervision status report and early termination stance is hereby presented.

    2.  That Mr. Manuel A. Jiménez-Cordero, was sentenced on March 30, 2001 by Your Honor, to 24 months of imprisonment and a eight (8) year supervised release term to follow.

    3.  That the offender has satisfied all of the special conditions imposed by the Court and has complied satisfactorily with all other conditions of release.

    4.  That on May 14, 2001, the offender was released from MDC Guaynabo, and he commenced the supervision term.

    5.  That Mr. Jiménez-Cordero has not been involved in or suspected of any illegal or dubious behavior as confirmed by the community contacts that have been established throughout his term of supervision and record police checks submitted.

    6.  That Mr. Jiménez-Cordero has maintained himself gainfully employed throughout the term of supervision.

7.  That Mr. Jiménez-Cordero's disposition towards his family and the community in general has been one of responsibility.

8.  That based on Mr. Jiménez-Cordero's excellent adjustment to supervision, his case was reclassified as an Administrative Case, requiring minimal supervision since December 8, 2003, 2003.

9.  That on April 19, 2006 Mr Jiménez-Cordero complied with DNA collection.

10. That the government, represented by Sonia Torres, Esq., was contacted. She informed that pursuant to office policy, requests for early termination are objected as a means of deterrence.

**WHEREFORE,** after having considered all presented facts in this case, it is this officer's recommendation that the releasee's petition for early termination be granted given his favorable adjustment.

In San Juan, Puerto Rico, this 2nd day of June 2006.

Respectfully submitted,

s/José A. Soto
Supervising U.S. Probation Officer
150 Ave. Carlos Chardón , Room 400
San Juan, P.R. 00918-1741
(787) 766-5818
Fax: (787) 766-5945
jose_soto@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on **June 2nd, 2006,** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney Humberto García, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: William Marini-Román, Esq., P.O. Box 1688, Lares, P.R. 00669

**At San Juan, Puerto Rico, June 2nd , 2006.**