PROB. 35  
(Rev. 1/92)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.                                                                 Crim. No. 99CR00252-001(JAF)

MANUEL A. JIMENEZ-CORDERO

On **March 30, 2001,** the above named was placed on supervised release for a period of eight years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

José A. Soto, Supervising  
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7th day of June, 2006.

José A. Fusté, Chief  
United States District Judge